No. 812. O'NEAL *v.* CALIFORNIA. April 8, 1935. Petition for writ of certiorari to the District Court of Appeal, 3rd Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James B. O'Neal, pro se.* No appearance for respondent.

No. 816. WILSON *v.* HAYNES. April 8, 1935. Petition for writ of certiorari to the Supreme Court of Iowa, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. E. J. Wilson, pro se.* No appearance for respondent.

No. 754. BOARD OF COUNTY COMMISSIONERS OF SWEETWATER COUNTY ET AL. *v.* BERNARDIN, RECEIVER. April 8, 1935. The motion of the State of Wyoming for leave to intervene in this case is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mahlon E. Wilson* for petitioners. *Messrs. William E. Mullen, Bruce Johnstone, Guy M. Peters,* and *Arthur B. Schaffner* for respondent.

No. 741. BARBOUR COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Addison S. Pratt* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *W. F. Wattles* for respondent.